UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | | |
|---|---|---|
| MARRITTE FUNCHES, | ) | |
| | ) | |
| Plaintiff, | ) | 3:10-cv-00127-LRH (VPC) |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| EK McDANIEL, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

The Court has considered the Report and Recommendation of United States Magistrate Judge Valerie P. Cooke (#19) entered on March 7, 2011, in which the Magistrate Judge recommends that the Plaintiff's Motion for Temporary Restraining Order and/or Preliminary Injunction (#10) be denied. Plaintiff filed an Objection to Magistrate Judge's Report and Recommendation (#20) on March 23, 2011.

The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 (b)(1)(A) and Local Rule 1B 3-1(a) of the Rules of Practice of the United Staes District Court for the District of Nevada.

///

///

///

1   It appearing to the Court that the Magistrate's Order is neither erroneous nor contrary to law,
2  and good cause appearing, the Court determines that the Magistrate's Order (#19) entered on March
3  7, 2011, is ADOPTED AND ACCEPTED, and, therefore, Plaintiff's Motion for Temporary
4  Restraining Order and/or for Preliminary Injunction (#10) is DENIED.
5   IT IS SO ORDERED.
6   DATED this 28th day of April, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE