UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| MARITTE FUNCHES, | 3:10-cv-00127-LRH-VPC |
| Plaintiff, | |
| v. | **MINUTES OF THE COURT** |
| E.K. McDANIEL, et al., | May 12, 2011 |
| Defendants. | |

PRESENT:  THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is plaintiff's motion for permission to file an amended opposition to defendants' motion to dismiss (#24). Plaintiff attached the amended opposition to his motion (#23). Plaintiff's original opposition did not address the merits of defendants' motion, but rather requested additional time (#21, p. 2). Plaintiff states that due to "a medical situation and pending legal situation in California," he was unable to properly respond to defendants' motion (#s 24, p. 1). Further, plaintiff notes that defendants previously refused to respond to his discovery requests, rendering him unable to respond to their motion (#'s 21, pp. 2-3 & 24, p. 1). Defendants "defer the matter to the Court's discretion but ask that, if the Court does consider the supplement in evaluating the motion to dismiss, Defendants be afforded the opportunity file a supplemental reply" (#25, p. 3).[1]

The court will permit plaintiff to file the amended opposition. Likewise, the court will allow defendants to submit a reply to the amended opposition within seven days of the date of this order.

**IT IS ORDERED** that the court grants plaintiff's motion for permission to file an amended opposition to defendants' motion to dismiss (#24).

**IT IS FURTHER ORDERED** that defendants shall file a reply to plaintiff's amended

---

[1] Defendants did not file a reply to plaintiff's original opposition; therefore, any reply to plaintiff's amended opposition will not be a supplement, but rather defendants only reply.

opposition within seven days of the date of this order.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:_____/s/_____
Deputy Clerk