UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | | |
|---|---|---|
| MARRITTE FUNCHES, | ) | |
| | ) | |
| Plaintiff, | ) | 3:10-cv-00127-LRH-VPC |
| | ) | |
| v. | ) | |
| | ) | O R D E R |
| ELDON K. MCDANIEL, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge Valerie P. Cooke (#32[1]) entered on July 29, 2011, recommending denying Defendant's Motion to Dismiss (#17) filed on February 28, 2011. No objection to the Report and Recommendation has been filed. The action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)B and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#32) entered on July 29, 2011, should be adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#32)

---

[1] Refers to court's docket number.

entered on July 29, 2011, is adopted and accepted, and Defendant's Motion to Dismiss (#17) is DENIED.

IT IS SO ORDERED.

DATED this 13th day of September, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE