1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARRITTE FUNCHES,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>E.K. McDANIEL, et al.<br><br>　　　　　　Defendants. | Case No.  3:10-cv-00127-LRH-VPC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

　　　　It is stipulated and agreed by and between Plaintiff, Marritte Funches, *pro se*, and Defendants Ronald Bryant, Adam Endel, Cameron Horsley, Paul Hunt, E.K. McDaniel, Thomas Prince, Curtis Rigney and Rick Rimington, by and through their counsel, Catherine Cortez Masto, Attorney General of the State of Nevada, and Brian Warner Hagen, Deputy Attorney General, that Plaintiff's Civil Rights Complaint Pursuant to 42 U.S.C. §1983, Docket No. 8, be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), as the parties have reached a settlement.

/ / /

/ / /

/ / /

1

Each party shall bear their own attorney's fees and costs.

MARRITTE FUNCHES
Plaintiff

By: /s/ Marritte Funches                Date: 12/24/12'
MARRITTE FUNCHES
*Pro Se*


CATHERINE CORTEZ MASTO
Attorney General

By: /s/ Brian Warner Hagen              Date: 1/14/13
BRIAN WARNER HAGEN
Deputy Attorney General
Nevada Bar No. 11389
Bureau of Litigation
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1136
Fax: (775) 684-1275

*Attorneys for Defendants*

2

## ORDER FOR DISMISSAL WITH PREJUDICE

Having considered the preceding **STIPULATION FOR DISMISSAL WITH PREJUDICE,** as agreed to by the parties hereinabove, good cause having been shown,

IT IS HEREBY ORDERED that this case be dismissed with prejudice.

Dated this 23rd day of January, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE